

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee  JAN 09 2015
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees

Postmark Here

7014 1200 0000 8021 7777

Sent To
3:14cv2399 #5
Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37

PS Form 3800, August 2006    See Reverse for Instructions