UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

CRAIG CUNNINGHAM, Pro-se )
)
    *Plaintiff* )
) CIVIL ACTION NO.: 3:14-cv-02399
v. )
)
Lilly Management and Marketing LLC, dba USA Vacation station LLC, Kevin Lawrence )

    *Defendants.*

### Plaintiff's Affidavit of non-military service

1. The Plaintiff in this case hereby makes this affidavit of non-military service regarding defendants Kevin Lawrence The Plaintiff is making this sworn declaration under the penalty of perjury and in support of the Plaintiff's motion for default and motion for default judgment.

2. The Plaintitff determined through the SCRA database website that Kevin Lawrence is not currently serving in any of the Armed forces.

3. Plaintiff attaches the printouts from the queries as supporting evidence of this declaration. ex A

4. Plaintiff hereby declares that the query printouts are genuine and based on the Plaintiff's good faith investigation

I declare under the penalty of perjury that the foregoing is true and Correct.
Executed on 2/23/2015     Craig Cunningham, Plaintiff, Pro-se

Department of Defense Manpower Data Center

Results as of : Feb-23-2015 11:18:04 AM

SCRA 3.0

ex A



## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: <u>LAWRENCE</u>
First Name: <u>KEVIN</u>
Middle Name:
Active Duty Status As Of: <u>Feb-23-2015</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the Individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon* (signature)

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350