UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE
FEB 25 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

CRAIG CUNNINGHAM, Pro-se                 )
                                         )
    *Plaintiff*                            )
                                         ) CIVIL ACTION NO.: 3:14-cv-02399
v.                                       )
                                         )
Lilly Management and Marketing LLC, dba USA Vacation station LLC, Kevin
Lawrence                                 )

    *Defendants.*

### Plaintiff's Notice regarding Service

1. The Plaintiff in this case has attempted to serve the registered agent for Lily Management and Marketing LLC as well as the owner/registered agent, Kevin Lawrence.

2. Kevin Lawrence has refused to sign for the certified mail which was sent to him.

3. Additionally, the letter sent to him at 21728 Freeman Dr Umatilla, FL 32874 was returned "unclaimed". The Umatilla, FL address is the address listed on the secretary of state website for the registered agent.

4. By refusing to sign for certified mail, pursuant to the TN rules of civil procedure rule 4.05 (5), service upon defendants out of state is complete when the addressee or addresse's agent refuses to accept delivery, so long as it is stated and the notation of "unclaimed" or similar notation is sufficient evidence of the defendant's refusal to accept delivery. In this case, Kevin Lawrence refused to sign for the documents for himself and as the registered agent of Lily Management and Marketing Company,

LLC.

5. According to FRCP 4(e)(1), service upon an individual within a judicial district in the United States is complete if service is executed pursuant to state laws for the courts of general jurisdiction in the state of the district court.

6. The Plaintiff has attached the tracking sheets for each letter sent to the Defendant.

7. In conclusion, by refusing to sign for the documents sent to his business and leaving the documents sent to his house "unclaimed", the defendant has refused service and under Tennessee law for service of process, service is complete.

Craig Cunningham

Plaintiff, Pro-se

5543 Edmondson Pike ste 248

Nashville, TN 37211

615-348-1977

02/12/2015