5543 Edmondson Pike
Ste 248
Nashville, TN 37211

Nashville
TN 370
02 JAN '15
PM 6 L

Kevin Lawrence
21728 Freeman Dr.
Umatilla, FL 32784

NIXIE          339      4E 1              02 01/23/15

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 37211580843          *1359-04843-02-42*

EXE

USPS CERTIFIED MAIL

9514 7000 1846 5001 0004 01

RETURN RECEIPT REQUESTED

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

5543 Edmondson Pike
Ste 248
Nashville, TN 37211

7014 0150 0000 6853 7346

CERTIFIED MAIL

Kevin Lawrence
6236 Kings Point Parkway
Ste 9
Orlando, FL 32819

RSF

4
RETURN TO SENDER
UNABBLE TO FORWARD
FORT MYERS P&DC
2/14/15  13.05

exp

U.S. POSTAGE
$6.70
FCM LETTER
37211
Date of sale
02/04/15
06  2500
08205392
SSK
B68250204 16 1007

Return address:
5943 Edmondson Pike
Ste 248
Nashville, TN 37211

Addressee:
USA Vacation Station
6236 Kingspointe Parkway
Ste 9
Orlando, FL 32819-6530

ex G

U.S. POSTAGE $6.70
FCM LETTER
37211
Date of sale 02/04/15
06   2S00
SSK
08205392
R6825020416 1113

RETURN TO SENDER
UNABBLE TO FORWARD
FORT MYERS P &DC
2/14/15   13.05

CERTIFIED MAIL
7014 0150 0000 6853 7339