# IN THE UNITED STATES DISTRICT COURT
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| Craig Cunningham, | ) |
| | ) Case No. 3:14-cv-2399 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| Lilly Management and Marketing, LLC, | ) |
| & Kevin Lawrence, | ) |
| | ) |
| Defendants | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants (Docket Entry No. 10).

The motion is granted and default is entered against Lilly Management and Marketing, LLC, and Kevin

Lawrence for the reasons stated in Plaintiff's motion.  Plaintiff may now file a motion before the Court

for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), since damages have not

been ascertained.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court