IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:14-cv-02399 ) |
| | ) Judge Nixon |
| LILLY MANAGEMENT AND MARKETING, LLC, doing business as USA VACATION STATION, LLC, and KEVIN LAWRENCE, | ) Magistrate Judge Bryant ) ) JURY DEMAND ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court is Plaintiff Craig Cunningham's Motion for Default Judgment and Hearing for Damages, in which Plaintiff requests this Court enter default judgment against Defendants pursuant to Federal Rule of Civil Procedure 55(b)(2). (Doc. No. 16.) A hearing in this matter is hereby scheduled for **Thursday, May 28, 2015, at 10:00 a.m**. Plaintiff is **ORDERED** to file an accounting of the damages he seeks, including an explanation of the "actual monetary loss" suffered as a result of each alleged violation under 47 U.S.C. 227(b)(3)(B) and his basis for seeking punitive damages under 47 U.S.C. 227(b)(3), as well as an accounting of any other requested relief. Such accounting shall be filed by **Thursday, May 21, 2015**.

It is so ORDERED.

Entered this ___13___ day of April, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT