RECEIVED
IN CLERK'S OFFICE
MAY 26 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Craig Cunningham, | ) |
| | ) Case No. 3:14-cv-2399 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| Lilly Management and Marketing, LLC, | ) |
| & Kevin Lawrence, | ) |
| | ) |
| Defendants | ) |

## MOTION TO SET ASIDE

I Kevin Lawrence come before this court via written correspondence asking that a the default judgement that was issued against my company LILLY MANAGEMENT AND MARKETING be set aside due to the fact that I was never issued any notice of such proceeding. I have been away from my office and home dealing will a terminally ill family member and have just recently been made aware of this issue. I am now back in my office as well as my home. I will be attaching a response to what I believe is Mr. Cunningham's complaint. I have had both telephone and email correspondence with Mr. Cunningham in the past concerning him trying to get Money from me accusing me of making a phone call that never existed.

I ask the court to please give me the opportunity to be heard and apologize for not being able to address this issue in the time that was ask. But, as I explained I was away from my home and office since mid January.

Kevin Lawrence

WILL MARKHAM C/ MARKHAMS KENNEL CONNOISSEUR
6236 LAKESPOINTE PARKWAY SUITE 9
ORL FLA 32819

KEITH THROCKMORTON /CLERK OF COURT
US DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
801 BROADWAY
NASHVILLE TN 37203

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

RECEIVED
IN CLERK'S OFFICE
MAY 2 6 2015
U.S. DISTRICT COURT
MID. DIST. TENN.

USPS TRACKING #

9405 5096 9993 7611 8046 14



Keith Throglmoton/ Clerk of Court
US District Court Middle District of TN.
801 Broadway
Nashville TN 37203-3816

C032

9000

USA Vacation Station
6236 Kingspointe Pkwy, Ste 9
Orlando FL 32819-6530

USA Vacation Station

Delivery Date: 05/26/2015

PRIORITY MAIL 2-DAY™

P  From 32819
05/22/2015

$5.05

US POSTAGE PAID
Pitney Bowes
ComBasPrice
Flat Rate Envelope
00173587463
024P0007876434

www.pbSmartPostage.com
UNITED STATES POSTAL SERVICE®

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

PRIORITY MAIL

DATE OF DELIVERY SP
USPS TRACKING™ INC
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only

USPS INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.