IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED IN CLERK'S OFFICE MAY 26 2015 U.S. DISTRICT COURT MID. DIST. TENN.

| | |
|---|---|
| Craig Cunningham, | ) |
| | ) Case No. 3:14-cv-2399 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| Lilly Management and Marketing, LLC, | ) |
| & Kevin Lawrence, | ) |
| | ) |
| Defendants | ) |

## RESPONSE

This response is to the case brought before the court against myself Kevin Lawrence, Lilly Management and Marketing DBA Usa Vacation Station. I have not read the exact complaint filed with the court but I can only assume that it has to do with Mr. Cunningham claiming that my company called him concerning a sales call.

When Mr. Cunningham first contacted me He did not even have my company name correct. He was never contacted by me or my company at any time concerning anything. This seems to be a habit for Mr. Cunningham to accuse people of such act's ,with no proof ,to gain monetary gains.

I would ask that Mr. Cunningham be required to produce the proof that my phone number called him and be required to provide the names of the person or person's that he spoke to within my company as well as the dates that the accused phone call occurred.

I ask the court to please except this response and be given the opportunity to be heard. Mr Cunningham's allegation's are 100% unfounded as well as fraudulent.

If this response cannot be excepted because I have not been properly give the exact complaint filed by Mr. Cunningham ? I ask that the court please give me the opportunity to review the complaint and repond to it accordingly.

Kevin Lawrence
REPRESENTING
Lilly Management
DBA Usa vacation station