IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-02399 |
| v. ) | |
| ) | Judge Nixon |
| LILLY MANAGEMENT AND ) | Magistrate Judge Bryant |
| MARKETING, LLC, doing business as ) | |
| USA VACATION STATION, LLC, and ) | JURY DEMAND |
| KEVIN LAWRENCE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Defendant Kevin Lawrence's Motion to Set Aside, in which Lawrence contends he was "never issued any notice" of the hearing held in this Court on May 28, 2015, and requests that he be relieved from the default judgment entered against him. (Doc. No. 22.) Defendant's Motion is hereby **GRANTED**. Pursuant to Federal Rule of Civil Procedure 60(b)(1), this Court's Entry of Default against Defendant Lawrence (Doc. No. 13) is **VACATED**. As to Defendant Lilly Management and Marketing, LLC ("Lilly"), however, the Entry of Default remains effective. "28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993); *see* M.D. Tenn. R. 83.01(d)(3). A hearing in this matter is hereby scheduled for **Thursday, June 11, 2015, at 10:00 a.m**.

It is so ORDERED.

Entered this __29th__ day of May, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT