RECEIVED
IN CLERK'S OFFICE
MAY 3 0 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Craig Cunningham
5543 Edmondson Pike, Ste 248
Nashville, TN 37211
615-348-1977

Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESEE

| | |
|---|---|
| **CRAIG CUNNINGHAM** <br> Plaintiff <br> v. <br> **LILLY MANAGEMENT AND MARKETING, LLC**, et. al <br> Defendants | No. **3:14-cv-02399** <br><br> ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT |

COMES NOW CRAIG CUNNINGHAM, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the original judgment was entered in the United States District Court for the Middle District of Tennessee on July 7, 2015.

2) THAT Plaintiff was awarded the sum of $9,450.00 against defendants LILLY MANAGEMENT AND MARKETING, LLC, doing business as USA VACATION STATION, LLC, and KEVIN LAWRENCE, jointly and severally.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

4) CRAIG CUNNINGHAM is the judgment creditor of record.

5) THAT the last address of record for LILLY MANAGEMENT AND MARKETING, LLC, doing business as USA VACATION STATION, LLC, judgment debtor, is 6236 Kingspointe Parkway, Suite 9, Orlando, FL 32819.

6) THAT the last address of record for KEVIN LAWRENCE, judgment debtor, is 6236 Kingspointe Parkway, Suite 9, Orlando, FL 32819.

7) THAT I, CRAIG CUNNINGHAM, judgment creditor, hereby transfer, and assign all title rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

8) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this 2nd day of May, 2017

_____
CRAIG CUNNINGHAM
Original Judgment Creditor

Sworn and Subscribed to me this 2nd day of May, 2017

_____
(Notary Seal)                    Notary Signature

*Notary Seal: MARICEL F. FORTEZA, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF D[...]*
Comm. Expires July 2, 2018